FILED
IN COURT
CHARLOTTE, N. C.

MAY 1 1 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Docket Number: 3:05mj43 |
| | ) | |
| ERNEST KIWANIA MOORE | ) | |

## ORDER

The Motion of Abda Lee Quillian for admission before this Court pro hac vice having been read and considered and she having shown she is a member in good standing of the Southern District of Georgia;

IT IS HEREBY ORDERED that she be admitted in this matter pro hac vice.

This 11th day of May 2005.

_____
Judge, Western District